**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Gretchen Langbehn,** **Civil No. 01-1221 MJD/SRN**

**Plaintiff,**

**v.**

**ORDER**

**TeleCheck Recovery Services, Inc.,**

**Defendant.**

---

The above matter came on for hearing before the undersigned United States Magistrate Judge upon Plaintiff's Motion For Attorneys' Fees (Docket No. 11). Burke J. Ellingson, Esq. and Daryl A. MacLean, Esq., appeared on behalf of Plaintiff. Michael A. Klutho, Esq. appeared on behalf of Defendant.

This matter arises under the Fair Debt Collection Practices Act (FDCPA). Before discovery proceeded, Defendant TeleCheck Recovery Services, Inc. offered to pay Plaintiff $1,000 plus reasonable attorneys' fees in full and final settlement of the case. Plaintiff accepted the settlement offer. The parties have agreed that this Court should resolve their dispute as to what amount constitutes the reasonable costs and attorneys' fees incurred in this case. This case was initially handled by attorney Daryl MacLean and was subsequently handled by attorneys Burke Ellingson and Sylvia Ivey Zinn. Mr. MacLean has submitted billing records indicating that he spent 65.5 hours on this matter at a rate of $125 an hour, for a total of $8,187.50. Attorneys Ellingson and Zinn have submitted billing records indicating that they spent 11.70 hours jointly on this matter at a billing rate of $150 an hour, for a total of $1,755. No costs are being claimed in connection with this motion.

The Court, being duly advised in the premises, upon all of the files, records and

DEC 0 5 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion For Attorneys' Fees (Docket No. 11) is Granted in part and Denied in part. Plaintiff's counsel Ellingson and Zinn shall recover from Defendant the sum of $1,305 representing reasonable attorneys' fees incurred herein. Plaintiff's counsel Daryl MacLean shall recover from Defendant the sum of $2,750 representing reasonable attorneys' fees incurred herein.

DATED: December 5, 2001

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge