RECEIVED
BY MAIL
JAN 24 2002
CLERK US DIST COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Gretchen Langbehn,

Plaintiff,

vs.

TeleCheck Recovery Services, Inc.,

Defendant.

**Civil Action No. 01-1221 MJD/SRN**

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER FOR JUDGMENT**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs or disbursements to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

**BRENDEL AND ZINN, LTD.**

Dated: 1-22-02

By ______________________
Burke J. Ellingson (#249294)
Attorneys for Plaintiff
46 East Fourth Street, Suite 804
St. Paul, MN 55101
(651) 224-4959

FILED JAN 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 28 2002
DEPUTY CLERK ________

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 1/3/02

By ______________________
Michael A. Klutho (License #186302)
Attorneys for Defendant
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

**ORDER FOR JUDGMENT OF DISMISSAL**

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT**

Dated: 1-28-02

______________________
Honorable Michael J. Davis
Judge of United States District Court

305066.WPD